NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RLB CONTRACTING, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5031

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00651-EGB, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

ROBERT G. RUGGIERI, Cohen Seglias Pallas Greenhall & Furman PC, Philadelphia, PA, argued for plaintiff-appellant. Also represented by MICHAEL H. PAYNE.

ELIZABETH ANNE SPECK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| November 10, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |